No. 600. CONFORTI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 603. NELSON RADIO & SUPPLY Co., INC. *v.* MOTOROLA, INC. C. A. 5th Cir. Certiorari denied. *Samuel M. Johnston* for petitioner. *Thomas A. Reynolds* and *Marion R. Vickers* for respondent.

No. 604. ISTHMIAN STEAMSHIP Co. *v.* COMPANIA DE NAVEGACION CEBACO, S. A. C. A. 4th Cir. Certiorari denied. *William A. Grimes* for petitioner. *Wilbur E. Dow, Jr.* and *Frederick Fish* for respondent.

No. 606. A. B. MOTORS, INC. ET AL. *v.* FREEHILL, DIRECTOR OF PRICE STABILIZATION. United States Emergency Court of Appeals. Certiorari denied. *Dan Moody* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, John R. Benney, Samuel D. Slade* and *Hubert H. Margolies* for respondent.

No. 611. STAREGO *v.* SOBOLISKI ET AL. Supreme Court of New Jersey. Certiorari denied. *Paul C. Kemeny* for petitioner. *David Goldsmith* for respondents.

No. 613. PANG-TSU MOW ET AL. *v.* REPUBLIC OF CHINA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William A. Roberts, Warren Woods* and *Irene Kennedy* for petitioners. *William E. Leahy* and *Wm. J. Hughes, Jr.* for respondent.